Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

# UNITED STATES DISTRICT COURT
for the

District of Columbia

Division

| | |
|---|---|
| Rifat Shafique<br>1500 Massachusetts Avenue, NW # 513<br>Washington, DC  20005<br><br>*Plaintiff(s)*<br>*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*<br><br>Equity Residential Real Estate Investment Trust,<br>2 North Riverside Plaza, # 400<br>Chicago, IL   60606<br><br>*Defendant(s)*<br>*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | Case: 1:24-cv-00380 JURY DEMAND<br>Assigned To : Unassigned<br>Assign. Date : 2/8/2024<br>Description: TRO/PI (D-DECK) |

## COMPLAINT AND REQUEST FOR INJUNCTION

### I.   The Parties to This Complaint

**A.   The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Rifat Shafique |
| Street Address | 1500 Massachusetts Avenue, NW # 513 |
| City and County | |
| State and Zip Code | Washington, DC |
| Telephone Number | |
| E-mail Address | |

**RECEIVED**
FEB - 8 2024
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

**B.   The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Equity Residential Real Estate Investment Trust |

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

| | |
|---|---|
| Job or Title *(if known)* | |
| Street Address | 2 North Riverside Plaza # 400 |
| City and County | Chicago |
| State and Zip Code | Illinois 60606 |
| Telephone Number | |
| E-mail Address *(if known)* | |

**Defendant No. 2**

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

**Defendant No. 3**

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

**Defendant No. 4**

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

## II.     Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question           ☒ Diversity of citizenship

¹Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

Fill out the paragraphs in this section that apply to this case.

**A.  If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

U.S. Constitution Amendments 4, 5, 6, 8, 9, and 14
28 U.S.C. 64 and 65, 18 U.S. Code § 1964 - Civil remedies
28 USC 1441 - 1447

**B.  If the Basis for Jurisdiction Is Diversity of Citizenship**

1.  The Plaintiff(s)

    a.  If the plaintiff is an individual
        The plaintiff *(name)* __Rifat Shafique__ is a citizen of the
        State of *(name)* __Resident of the District of Columbia__

    b.  If the plaintiff is a corporation
        The plaintiff *(name)* _____ is incorporated
        under the laws of the State of *(name)* _____
        and has its principal place of business in the State of *(name)*
        _____

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.  The Defendant(s)

    a.  If the defendant is an individual
        The defendant *(name)* _____ is a citizen of
        the State of *(name)* _____ Or is a citizen of
        *(foreign nation)* _____

    b.  If the defendant is a corporation
        The defendant *(name)* __Equity Residential et al__ is incorporated under
        the laws of the State of *(name)* __Maryland or Delaware or New Jersey__ and has its
        principal place of business in the State of *(name)* __Chicago__
        Or is incorporated under the laws of *(foreign nation)* _____
        and has its principal place of business in *(name)* _____

    *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.  The Amount in Controversy

    The amount in controversy-the amount the plaintiff claims the defendant owes or the amount at stake-is more than $75,000, not counting interest and costs of court, because *(explain)*:

1 Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

> The ejectment of March 8, 2023 resulted in the wrongful taking of Shafique's residence, and her belongings (which exceed $75,000 in material assets), the wrongful invalidation of her lease, the attempted 'taking of her power of attorney' by counsels for Equity Residential, and the wrongful invalidation of her options to purchase her residence in accordance with the Rental Housing Act of 1985 however amended.

### III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

Within the District of Columbia

B. What date and approximate time did the events giving rise to your claim(s) occur?

Background:    Equity Residential sued in the District of Columbia for failure to pay rent. Shafique removed that case to this court for want of personal and subject matter jurisdiction but the court remanded without treating Shafique's demands. On July 26, 2022, after remand, the local court issued an order requiring the case to be heard by a civil judge. That order was suppressed and violated, as without Shafique's consent, the matter was treated by magistrates in the local state court, albeit, appeal pended in the District Columbia Circuit. On January 17, 2023 Magistrate Vila purported to issue an order of eviction. Despite vigilant objection from Shafique, the eviction was carried out on March 8, 2023. Even though Shafique sued for wrongful eviction, all courts ignored Shafique's pleas that Equity Residential lacked standing, and that magistrates should not have presided over the case, hence the appeal: Shafique v Equity Residential, DCCA Appeal No. 22 cv 513, the case now being removed.

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

1 – VIOLATION OF COURT ORDER - On July 26, 2022, after remand, the local court issued an order requiring the case to be heard by a civil judge. That order was suppressed and violated, as without Shafique's consent, the matter was treated by magistrates in the local state court.

2 – RESULTANT OMISSIONS IN JUDICIAL DELIBERATIONS - On October 19, 2023 Shafique realized that the order of July 26, 2022 was not considered in the deliberations regarding wrongful ejectment; in fact the order of July 26, 2022 was not considered in any of the deliberations of merit before the DCCA in any appeal, whether against the claim that Shafique fails to pay rent, or regarding her appeal as to whether wrongful ejectment occurred.

3 – FILED MOTION FOR SUMMARY JUDGMENT NOT TREATED IN STATE APPELLATE COURT - On December 29, 2023, Shafique submitted a motion for summary judgment in the local appellate court, the District of Columbia Court of Appeals. That motion was ignored by the clerks of the DCCA.

## IV.   Irreparable Injury

Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

This suit arises from a wrongful eviction. The basis for bringing this action to this federal court is because of continuous suppression in the state courts, of late, a motion for summary judgment filed in the state appellate court (DCCA) which is simply ignored, even as the state appellate court provides the appellee there, and now defendant here, ample opportunity to repeat the filing of a motion for summary affirmance in order to attempt to dislodge the case within days. While the employees of the appellee, Equity Residential, and their counsels are availed all of their living quarters, and tools, offices, and paychecks to continue to engage in legal and other actions to stop plaintiff from engaging the necessary litigation to address this matter, Shafique's home and all of her personal belongings are taken from her leaving her on the edge of destitution. Her adversaries were able to misuse the powers of the United States Marshals to orchestrate a home invasion taking all of her belongings, and jewels, her office equipment, and her papers, and then compel her to filing motions upon motions to seek lawful justice to stop the theft – a peculiar kind of involuntary servitude where volumes of timely filings are made seeking justice, entered into the courts and public domain, but with no relief thereby. No amount of money can replace the items stolen if they are not recovered in time. No amount of money can measure out the degree to which Rifat Shafique has ben castigated as an evictee and publicly displayed as such, rendering her so miss-branded that no-one will sign a lease with her under this castigation. No amount of compensation can provide any measure of relief to someone who has been marked as one not be be availed access to the courts because employees of a state court suppress an order. To be tarred and feathered as and evictee for failure to pay rent, is a punishment that renders a person all but civilly dead, one not to be afforded any respect of liberty, or access to the courts. It is not possible to proceed under this mistreatment. The rental housing act makes it clear that no purported "housing provider" should be allowed to notify a resident to vacate their residence said "housing provider" fails to properly register a property. When the government and the people can ignore the existence of a lease, the law, and the detrimental effect of violating a court order that a case must be submitted to a judge before an eviction is ordered, no amount of monetary damages at a later time can adequately compensate the victim of such indifference and contempt of court for the injuries sustained, are sustaining, or will sustain as a result of the such indifference, and no such compensation could be measured. When you allow the United States Marshals to take an individual's family heirloom jewels and other personal belongings and give it to another with no judicial writ using unverified 'magistrates' that will not even sign their own unlawful orders, that is not justice. I am not going to walk down the street begging a fraudulent "housing provider" called Kelvin Williams for any of my personal belongings back. That is undignified. You can't compensate me for that.

1 Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Shafique, as Plaintiff now removes the appeal matter of Rifat Shafique v Equity Residential et al, DCCA 23 cv 513, and requests this court to rule on the motion for summary judgment, it being the DCCA refuses to address the matter and only leans to provide Equity Residential repetitive opportunity to prevail in a home invasion scheme styled as an eviction proceeding; one that Equity Residential had no legal basis to advance in the first place, and no standing to prosecute. The ejectment of March 8, 2023 resulted in the wrongful taking of Shafique's residence, and her belongings (which exceed $75,000 in material assets), the wrongful invalidation of her lease, the attempted taking of her 'power of attorney' by counsels for Equity Residential, and the wrongful invalidation of her options to purchase her residence in accordance with the Rental Housing Act of 1985 however amended. Reversal includes acknowledgment that wrongful eviction occurred, reversal of the ejectment of March 8, 2023, return of residence and all assets that were inside 1500 Massachusetts Avenue NW DC #513 on March 8, 2023, restoration of lease and tenant rights, and such other relief, including compensatory damages, as this court deems fit.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:     February 8, 2024

Signature of Plaintiff     *Rifat Shafique*
Printed Name of Plaintiff     Rifat Shafique

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney

1 Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

|                      |                          |
|----------------------|--------------------------|
| Bar Number           | _____ |
| Name of Law Firm     | _____ |
| Street Address       | _____ |
| State and Zip Code   | _____ |
| Telephone Number     | _____ |
| E-mail Address       | _____ |